IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE ROSS WILLAMAN,<br>Plaintiff,<br><br>v.<br><br>ERIE SATELLITE OFFICE OF THE<br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES,<br>Defendant. | C.A. No. 13-229 Erie |

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on July 26, 2013, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, issued on January 29, 2015, recommended that the case be dismissed as Plaintiff has received the relief requested. Service was made on Plaintiff by mail at the last address of record in Cochranton, PA, and on Defendants. Objections were filed by Plaintiff on February 9, 2015. Defendant filed a Response to the Objections on February 13, 2015.

In his Objections, Plaintiff reasserts the same arguments he has set forth throughout this case. To the extent he has offered new arguments they are rejected as without merit. In addition, we agree with the United States that case law demonstrates conclusively that we are unable to grant Plaintiff relief for a Writ of Mandamus from this Court. See United States v. Bean, 537 U.S. 71 (2002) and Pontarelli v. United States Department of the Treasury, *et al.*, 285 F.3d 216 (2002). Accordingly, we will deny Plaintiff's Objections and dismiss this action.

After de novo review of the complaint and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

**AND NOW**, this _____ day of February, 2015;

**IT IS HEREBY ORDERED** that this case is DISMISSED as Plaintiff has received the relief requested.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment and Motion to Take Judicial Notice (ECF No. 11) and his Motion to Rule on the foregoing motions (ECF No. 13) are hereby dismissed as moot.

**IT IS FURTHER ORDERED** that the Report and Recommendation of Magistrate Judge Baxter, issued January 28, 2015, is adopted as the opinion of the court.

February 23, 2015

MAURICE B. COHILL, JR.
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

Counsel of record

Terrance Ross Willaman, pro se
765 Deer Creek Road
Cochranton, PA 16314